[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-13586

Non-Argument Calendar

_____

RYNO VAN DER MERWE,
individually, and as legal guardian for wife,
Elis Carneiro Pereira,

                                        Plaintiff-Appellee,

*versus*

VANTER CRUISE GLOBAL, INC.,

                                        Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

Before BRANCH, LAGOA, and BRASHER, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. The district court's order remanding the action to Florida state court for lack of federal subject matter jurisdiction is unreviewable on appeal. *See* 28 U.S.C. § 1447(c), (d) (providing that a district court shall remand any case in which it lacks subject matter jurisdiction to the state court from which it was removed, and such a remand order is not reviewable on appeal); *see also New v. Sports & Recreation, Inc.*, 114 F.3d 1092, 1095-96 (11th Cir. 1997).

No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.